PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JENNIFER ADRIANA MENDOZA,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br> Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:18-cv-00925-SKO<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF**<br><br>**(Doc. 15)** |

IT IS HEREBY STIPULATED, by and between Jennifer Adriana Mendoza (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of 30 (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is April 8, 2019. The new date will be May 8, 2019. All other deadlines will extend accordingly.

Defense counsel needs an extension of time because the attorney responsible for briefing this case needs more time to draft the response and go through the necessary in-house reviews for newer attorneys, and her reviewer, due to his own heavy workload demands, needs more time to review counsel's brief. This request is made in good faith with no intention to delay unduly the

proceedings. Counsel apologizes to the Court and Plaintiff for any inconvenience this delay may cause.

Respectfully submitted,

Dated: April 2, 2019
PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH MCADAM
Special Assistant United States Attorney
Attorneys for Defendant


*/s/ ) Melissa Newel*
MELISSA NEWEL
Attorneys for Plaintiff
Newel Law
(*As authorized via e-mail on April 1, 2019)


## **ORDER**

The Court has reviewed the parties' above stipulation (Doc. 15) and approves Defendant's request for a 30-day extension of time to file her responsive brief. The Court GRANTS Defendant an extension until May 8, 2019, to file the responsive brief. All remaining deadlines in the Court's scheduling order (Doc. 5), are extended accordingly.

IT IS SO ORDERED.

Dated: **April 4, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

Stip. & Order for Ext., 1:18-cv-00925-SKO